for the first district at the October term, 1924. Affirmed. Thomson, J., dissenting. Opinion filed October 28, 1925.

Sonnenschein, Berkson, Lautmann & Levinson, for appellant. Carpenter, Barnhart & Reynolds, for appellee; Charles E. Carpenter and Thomas P. Grant, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

Edwin H. Manasse, plaintiff in error, v. B. W. Krejci, defendant in error. Gen. No. 29,933.

Action on judgment note. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. Peter H. Schwaba, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Reversed and judgment here. Opinion filed October 28, 1925.

Austin L. Wyman, for plaintiff in error. Blum, Blum & Delaney, for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. E. G. Greer, otherwise called E. G. Geer, plaintiff in error. Gen. No. 29,958.

The People of the State of Illinois, defendant in error, v. Walter Tuskovski, plaintiff in error. Gen. No. 29,959.

The People of the State of Illinois, defendant in error, v. John Karbanski, plaintiff in error. Gen. No. 29,960.

The People of the State of Illinois, defendant in error, v. Frank Dalkus, plaintiff in error. Gen. No. 29,961.

The People of the State of Illinois, defendant in error, v. Frank Shaput, plaintiff in error. Gen. No. 29,967.

Error to the Criminal Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed on opinion in *People v. Bischoff*, 238 Ill. App. 369. Opinion filed October 28, 1925.

Litsinger, Healy & Reid, for plaintiffs in error. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clarence E. Nelson, for defendants in error.

Mr. Justice Taylor delivered the opinion of the court.

---

Rachael Wolf, plaintiff in error, v. A. Cooper and Tillie Cooper, defendants in error. Gen. No. 29,999.

Motion to vacate judgment on promissory note. Motion granted. Error to the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Reversed and remanded with directions. Opinion filed October 28, 1925.

William E. Mooney, for plaintiff in error. Maxwell Herman and Pritzker & Pritzker, for defendants in error.

Mr. Justice Taylor delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Morton Greene, plaintiff in error. Gen. No. 30,253.

Prosecution for employing minors as singers and dancers. Defendant convicted. Error to the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the third division of this court